MELINDA L. HAAG, CSBN 132612
United States Attorney
DEBORAH L. STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8956
    Facsimile:  (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MAYS, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____ ) | CIVIL ACTION NO. 3:15-CV-02731-MEJ <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 65 days to file her cross-motion for summary judgment and opposition to Plaintiff's motion.  The current due date is December 14, 2015.  The new due date will be February 17, 2016.

    This is the first continuance sought by Defendant.  There is good cause for this request. Defendant is seeking this extension due to Defendant's counsel's heavy workload in the last month and continuing heavy workload in the next two months, including her regular district court caseload, a hearing for an Equal Employment Opportunity Commission (EEOC) case on December 4, 2015 with follow-up briefing; two other pending EEOC matters that require discovery, including depositions in the next few weeks, and briefing; two Ninth Circuit briefs due in December 2015 and January 2016; and a Ninth Circuit appellate oral argument in early

1  February 2016.

2      Because of the factors described above, defense counsel is requesting additional time up
3  to February 17, 2016, to fully review the administrative record and research the issues presented
4  by Plaintiff's memorandum in support of Plaintiff's motion for summary judgment.  Defendant
5  apologizes for any inconvenience caused by the delay in the filing of Defendant's response to
6  Plaintiff's motion for summary judgment.

7
8                                          Respectfully submitted,
                                        HOMELESS ACTION CENTER

9
10 Dated: December 9, 2015              */s/ Nancy McGee*
                                        (as authorized via e-mail on 12/9/2015)
11                                         Nancy McGee
                                        Attorneys for Plaintiff
12
                                        MELINDA L. HAAG
13                                         United States Attorney

14 Dated: December 9, 2015              By *s/ Carolyn B. Chen*
15                                         CAROLYN B. CHEN
                                        Special Assistant U.S. Attorney
16
17                                         Attorneys for Defendant
18 Defendant shall also file her Separate Statement of the Admin.
19 Record by 2/17/06. Plaintiff's Reply and Reply Statement of Facts
   are due 3/2/06.
20                                         O

21
22 PURSUANT TO STIPULATION, IT IS SO ORDERED.

23
24 DATED: December 10, 2015              _____
25                                         HON. MARIA ELENA JAMES
26                                         UNITED STATE MAGISTRATE JUDGE
27
28