MELINDA L. HAAG, CSBN 132612
United States Attorney
DEBORAH L. STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone:  (415) 977-8956
   Facsimile:  (415) 744-0134
   E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MAYS,<br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant. | CIVIL ACTION NO. 3:15-CV-02731-MEJ<br><br>MOTION FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE STATEMENT OF FACTS AND CROSS-MOTION FOR SUMMARY JUDGMENT; ORDER THEREON |

    Defendant respectfully requests a second extension of time of 30 days to file her statement of the administrative record and cross-motion for summary judgment and opposition to Plaintiff's motion. The current due date is February 17, 2016. The new due date will be March 18, 2016.

    This is the second continuance sought by Defendant. There is good cause for this request. Since Defendant's previous request for an extension of time, Defendant's counsel's continued to have a heavy workload including a follow-up briefing for a hearing for an Equal Employment Opportunity Commission (EEOC) case in December 2015; additional discovery, including depositions conducted in December and January, for a second EEOC case; traveling for a Ninth Circuit appellate oral argument in early February 2016; preparing a ninth circuit brief due in February 2016; and was recently given an emergency assignment last week for an additional EEOC matter, that requires a short-turn around response on February 18, 2016, the day after the

original due date of Defendant's cross-motion for summary judgment, and which could not be assigned to another attorney.  She also has a continuing full workload of conducting discovery and briefing for two EEOC cases the rest of February and March.

  Despite Defendant's counsel's efforts to be diligent and her extending other cases to facilitate her finishing this case and other pressing deadlines, she still needs more time to prepare Defendant's response to Plaintiff's Statement of the Record, which Defendant does not agree with and must provide a detailed corresponding statement of fact, which has proven to be more time-consuming that anticipated – as well as prepare her cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment.

  Because of the factors described above, defense counsel is requesting additional time up to March 18, 2016, to fully review the administrative record and prepare her statement of the administrative record and research the issues presented by Plaintiff's memorandum in support of Plaintiff's motion for summary judgment.  Defendant apologizes for any inconvenience caused by the delay in the filing of Defendant's cross-motion and response to Plaintiff's motion for summary judgment.  This request is made in good faith with no intention to unduly delay the proceedings.

  On February 16, 2016, Defendant's counsel emailed Plaintiff's counsel Nancy McGee regarding this request. Ms. McGee stated that she would not agree to a second extension.

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

Dated: February 17, 2016  By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

1
2  PURSUANT TO MOTION, IT IS SO ORDERED. All deadlines are adjusted accordingly.
3
4  DATED: February 24, 2016                    _____
5                                              HON. MARIA-ELENA JAMES
6                                              UNITED STATE MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28