UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MAYS,<br>   Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>   Defendant. | Case No. 15-cv-02731-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On February 24, 2016, the Court granted Defendant's Motion for a Second Extension of Time to file a cross-motion for summary judgment and ordered Defendant to file the cross-motion by March 18, 2016.  As Defendant has failed to comply, the Court hereby ORDERS Defendant to show cause why sanctions should not be imposed for failure to comply with court deadlines. Defendant shall file a declaration by March 28, 2016.

**IT IS SO ORDERED.**

Dated: March 21, 2016

                MARIA-ELENA JAMES
                United States Magistrate Judge