UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP MAYS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No.  15-cv-02731-MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On March 21, 2016, the Court ordered Defendant to show cause why sanctions should not be imposed for failure to comply with court deadlines. Dkt. No. 27. Having received Defendant's response (Dkt. No. 30), the Order is DISCHARGED. Plaintiff shall file her Reply and Reply Statement of Facts by April 14, 2016.

**IT IS SO ORDERED.**

Dated: March 24, 2016

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge